UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>UPLIFT RX, LLC<br><br>*Debtors*<br><br>YVETTE AUSTIN SMITH, LIQUIDATING TRUSTEE OF THE ALLIANCE HEALTH LIQUIDATING TRUST,<br><br>*Plaintiff*,<br><br>v.<br><br>BAKER & HOSTETLER LLP,<br><br>*Defendant*. | CASE NO. 17-32186 (MI)<br><br>CHAPTER 11<br><br>(Jointly Administered)<br><br><br>ADVERSARY NO. 22-03275 (MI) |

**NOTICE OF HEARING REGARDING
DEFENDANT BAKER & HOSTETLER LLP'S
MOTION TO WITHDRAW THE REFERENCE**

**PLEASE TAKE NOTICE** that on November 8, 2022, Defendant Baker & Hostetler LLP filed *Defendant Baker & Hostetler LLP's Motion to Withdraw the Reference* [Dkt. No. 18] (the "*Motion*").

**PLEASE TAKE FURTHER NOTICE** that the United States Bankruptcy Court for the Southern District of Texas (the "*Court*") has scheduled a hearing (the "*Hearing*") for **December 9, 2022 at 10:30 a.m. (prevailing Central Time)** before the Honorable Marvin Isgur, United States Bankruptcy Judge for the Southern District of Texas, Houston Division to hear the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's

1

dial-in facility. You may access the facility by dialing 832-917-1510 and entering the conference code 954554. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Isgur's home page (https://www.gotomeet.me/JudgeIsgur) on the Southern District of Texas website. The meeting code is "JudgeIsgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated: November 10, 2022

                                                      Respectfully submitted,

*/s/  George M. Kryder*
George M. Kryder
  State Bar No. 11742900
  gkryder@velaw.com
Matthew W. Moran
  State Bar No. 24002642
  mmoran@velaw.com
Jordan W. Leu
  State Bar No. 24070139
  jleu@velaw.com
Michael C. Lee
   State Bar No. 24109461
  mlee@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas  75201
Telephone: (214) 220-7700

*Attorneys for Baker & Hostetler LLP*

## CERTIFICATE OF SERVICE

    I certify that on November 10, 2022, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

*/s/ George M. Kryder*
George M. Kryder
