UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)
www.txs.uscourts.gov

| | |
|---|---|
| In re:<br><br>UPLIFT RX, LLC, *et al.*,<br><br>    Debtors.<br>_____/ | CASE NO. 17-32186, *et seq*.<br>CHAPTER 11 |
| YVETTE AUSTIN SMITH, Liquidating Trustee of the Alliance Health Liquidating Trust,<br><br>    Plaintiff,<br>v.<br><br>BAKER & HOSTETLER, LLP, an Ohio limited liability partnership,<br><br>    Defendant.<br>_____/ | ADV. NO. 22-03275 |

**NOTICE OF FILING ORDER WITHDRAWING REFERENCE ENTERED IN RESPECT OF RELATED CIVIL DISTRICT COURT CASE AND ADVERSARY PROCEEDING**

Plaintiff, Yvette Austin Smith, Liquidating Trustee of the Alliance Health Liquidating Trust, hereby files the Order of the District Court dated December 9, 2022 [EFC No. 55], a copy of which is attached as Exhibit A, entered in respect of related District Court Civil Case No. 4:22-cv-02184 and Adversary Case No. 21-03936 styled *Mark Shapiro, Plaintiff, v. Brown & Fortunato, P.C., Defendant*.

Dated this 14th day of December, 2022.

        Respectfully submitted,

        CIMO MAZER MARK PLLC
        *Special Litigation Counsel*
        *for the Liquidating Trustee*
        100 S.E. 2nd Street, Suite 3650
        Miami, FL 33131
        Tel: (305) 374-6482
        Fax: (305) 374-6488

        By: /s/ David C. Cimo
            David C. Cimo, Esq.
            Fla. Bar No. 775400
            Email: dcimo@cmmlawgroup.com
            (Admitted *pro hac vice*)
            Marilee A. Mark, Esq.
            Fla. Bar No. 725961
            Email: mmark@cmmlawgroup.com
            (Admitted *pro hac vice)*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 14, 2022, a true and correct copy of the foregoing document was electronically filed and served via CM/ECF on all parties that have entered an appearance and requested service in the above-referenced case.

    /s/ David C. Cimo
David C. Cimo