UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

In re:

UPLIFT RX, LLC, *et al.*,
    Debtors.

CASE NO. 17-32186, et seq. CHAPTER 11

_____/

MICHAEL FOREMAN, Liquidating Trustee of the Alliance Health Liquidating Trust,
    Plaintiff,
v.

ADV. NO. 22-03275

BAKER & HOSTETLER, LLP,
    Defendant.
_____

## JOINT MOTION TO SUSPEND CASE SCHEDULE

[*Relates to Dkt. No. 40*]

By this Motion, Plaintiff Michael Foreman, Liquidating Trustee of the Alliance Health Liquidating Trust ("Trustee") and Defendant Baker & Hostetler, LLP ("Baker") jointly move the Court to suspend the current case schedule pending the Court's ruling on Baker's Motion to Dismiss (Dkt. No. 151), and in support state:

1. On February 2, 2023, the Court entered the operative Comprehensive Schedule, Pre-Trial and Trial Order ("Scheduling Order") (Dkt. No. 40).

2. Under the Scheduling Order, the deadline for initial expert reports is March 17, 2024.

3. The hearing on Baker's Motion to Dismiss is scheduled for March 18, 2024 at 3:00 p.m.

4. The Parties have conferred and – subject to the Court's approval – have agreed to vacate the existing deadlines under the Scheduling Order and to submit a revised case schedule after the Court rules on Baker's pending Motion to Dismiss.

Vacating the existing Scheduling Order is in the best interests of the Parties because it allows the Parties to avoid unnecessary expenditure of time and expense needed to engage in extensive discovery and preparation of expert reports while the Motion to Dismiss remains pending.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion, vacate the Scheduling Order, and grant such other relief as the Court deems appropriate.

Dated: March 11, 2024

**MCKOOL SMITH, PC**

By: /s/ *Joshua J. Newcomer*
Joshua J. Newcomer (SBN 24060329)
John J. Sparacino (SBN 18873700)
600 Travis Street, Suite 7000
Houston, Texas 77002
Tel:: (713) 485-7300
Fax: (713) 485-7344
Email: jnewcomer@mckoolsmith.com
Email: jsparacino@mckoolsmith.com

-and-

Kyle Lonergan
James Smith
One Manhattan West
395 9th Ave., 50th Floor
New York, NY 10001
Tel: (212) 402-9400
Email: klonergan@mckoolsmith.com
Email: jsmith@mckoolsmith.com

*Attorneys for the Trustee*

Respectfully Submitted,

**VINSON AND ELKINS, LLP**

By: /s/ *Michael C. Lee*
George M. Kryder (SBN 11742900)
Jordan W. Leu (SBN 24070139)
Jeremy M. Reichman (SBN 24083722)
Michael C. Lee (SBN 24109461)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Email: gkryder@velaw.com
Email: jleu@velaw.com
Email: jreichman@velaw.com
Email: mlee@velaw.com

*Attorneys for Baker & Hostetler LLP*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 6, 2024, Plaintiff's counsel conferred with Defendant's Counsel, Mr. Michael Lee, with regards to the Joint Motion to Suspend Case Schedule and agreed with said joint motion.

/s/ *Veronica Manning*
Veronica Manning

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this the 11th day of March 2024, with a copy of this document via the Court's CM/ECF system.

/s/ *Joshua J. Newcomer*
Joshua J. Newcomer