United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 17-32186 |
| UPLIFT RX, LLC, *et al.*, | § | |
| | § | CHAPTER 11 |
| Debtors. | § | |
| | § | |
| YVETTE AUSTIN, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 22-3275 |
| | § | |
| BAKER & HOSTETLER, LLP, | § | |
| | § | |
| Defendant. | § | |

### ORDER REQUIRING PARTIES TO FILE A STATUS REPORT

The Court held a status conference on February 13, 2025 at 9:00 a.m. Neither party appeared. The Court is aware that the parties are currently in mediation. The parties are ordered to file a status report regarding the status of this adversary proceeding no later than February 27, 2025.

SIGNED 02/13/2025

_____
Marvin Isgur
United States Bankruptcy Judge