UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 17-32186 (MI) |
| UPLIFT RX, LLC | § | |
| | § | CHAPTER 11 |
| *Debtors* | § | |
| | § | (Jointly Administered) |
| MICHAEL FOREMAN, LIQUIDATING TRUSTEE OF THE ALLIANCE HEALTH LIQUIDATING TRUST, | § § § | ADVERSARY NO. 22-03275 (MI) |
| *Plaintiff*, | § | |
| v. | § | |
| BAKER & HOSTETLER LLP, | § | |
| *Defendant*. | § | |

## JOINT STATUS REPORT

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

Under the Court's February 13, 2025 Order Requiring Parties to File A Status Report (Dkt. 188), Plaintiff Michael Foreman, Liquidating Trustee of the Alliance Health Liquidating Trust ("Trustee"), and Defendant Baker & Hostetler LLP ("Baker") (collectively, the "Parties") respectfully provide this Joint Status Report.

The Parties scheduled a mediation in this matter for February 13, 2025, with Houston mediator, Paul Clote. Less than two weeks before the mediation, the insurance carriers for Baker informed Baker that they would not provide indemnity coverage to Baker for the two RICO claims remaining after this Court's Memorandum Opinion (Dkt. 181) on Baker's motion to dismiss.

Baker strongly disagrees with the position taken by its carriers. Baker has retained coverage counsel, who have responded to the carriers, disputing the carriers' coverage position. Baker is awaiting the carriers' response. But, since Baker already had expended its full

retention under the insurance policy and because it was uncertain who would fund any potential mediated settlement, Baker suggested – and the Trustee and the mediator agreed – that the February 13, 2025, mediation would be postponed.

The Parties and Baker's carriers have agreed to participate in a mediation which will be scheduled with the mediator to be conducted in four to six weeks (by April 4, 2025). During that period, Baker hopes to get more certainty concerning insurance coverage.

In light of the Parties' continued interest in mediating this dispute – instead of costly litigation – the Parties respectfully urge the Court to continue abating this case so that the Parties and Baker's carriers can participate in mediation. The Parties propose that they provide the Court with a further joint status report on or before April 11, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Joshua J. Newcomer* | */s/ George M. Kryder* |
| Joshua J. Newcomer | George M. Kryder |
|   State Bar No. 24060329 |   State Bar No. 11742900 |
|   jnewcomer@mckoolsmith.com |   gkryder@velaw.com |
| John J. Sparacino | Jeremy M. Reichman |
|   State Bar No. 18873700 |   State Bar No. 24083722 |
|   jsparacino@mckoolsmith.com |   jreichman@velaw.com |
| MCKOOL SMITH PC | Michael C. Lee |
| 600 Travis Street, Suite 7000 |   State Bar No. 24109461 |
| Houston, Texas 77002 |   mlee@velaw.com |
| Tel: (713) 485-7300 | VINSON & ELKINS LLP |
| Fax: (713) 485-7344 | 2001 Ross Avenue, Suite 3900 |
| | Dallas, Texas 75201 |
| Kyle Lonergan | Tel: (214) 220-7700 |
|   klonergan@mckoolsmith.com | |
| James Smith | *Attorneys for Baker & Hostetler LLP* |
|   jsmith@mckoolsmith.com | |
| MCKOOL SMITH PC | |
| One Manhattan West | |
| 395 9th Ave., 50th Floor | |
| New York, NY 10001 | |
| Tel: (212) 402-9400 | |

*Attorneys for Michael Foreman, Liquidating Trustee of the Alliance Health Liquidating Trust*

## CERTIFICATE OF SERVICE

     I certify that on February 27, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

                                     */s/ George M. Kryder*
                                     George M. Kryder